IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.     *     Case No.   GJH-16-0600

Rakin Islam Chowdhury

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by \_\_\_\_\_Thomas A. Durkin\_\_\_\_\_, and the Government was represented by Assistant United States Attorney \_\_\_Thomas Windom\_\_\_, it is

**ORDERED,** this __4th__ day of __January__ 2017, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Charles B. Day
United States Magistrate Judge