## ATTACHMENT A
## STATEMENT OF FACTS: RAKIN ISLAM CHOWDHURY

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

### Background on ISIS and JAN

On or about October 15, 2004, the United States Secretary of State designated al-Qaeda in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act, and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. 23. On or about May 15, 2014, the Secretary of State amended the designation of al-Qaeda in Iraq as a FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias "Islamic State of Iraq and the Levant" ("ISIL") as its primary name. The Secretary also added the following aliases for ISIL: the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Traq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. In an audio recording publicly released on June 29, 2014, ISIS announced a formal change of its name to the Islamic State. On September 21, 2015, the Secretary added the following aliases to the ISIL listing: Islamic State, ISIL and ISIS. To date, ISIS remains a designated FTO.

On October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On December 11, 2012, the Secretary of State amended the designation of AQI to include the following aliases: al-Nusrah Front ("ANF"), Jabhat al-Nusrah ("JAN"), Jabhet al-Nusra, The Victory Front, and Al-Nusrah Front for the People of the Levant. On May 15, 2014, the Secretary of State, in response to the evolving nature of the relationships between ANF and AQI, amended the FTO designation of AQI to remove all aliases associated with al-Nusrah Front. Separately, the Secretary of State then designated al-Nusrah Front, also known as Jabhat al-Nusrah ("JAN"), also known as Jabhet al-Nusra, also known as The Victory Front, also known as Al-Nusrah Front for the People of the Levant, also known as Al-Nusrah Front in Lebanon, also known as Support Front for the People of the Levant, and also known as Jabaht al-Nusra li-Ahl al-Sham min Mujahedi al-Sham fi Sahat al-Jihad, as a FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224. To date, JAN remains a designated FTO.

## The Defendant's Conduct

**RAKIN ISLAM CHOWDHURY** ("**CHOWDHURY**") is a Bangladeshi citizen and national, admitted to the United States on June 5, 2015, on a B2 visitor visa that is no longer valid. **CHOWDHURY** most recently resided in Maryland.

**CHOWDHURY** started to become radicalized while living in Bangladesh. In 2013, while in Bangladesh, **CHOWDHURY** received from someone he believed to be an ISIS recruiter electronic versions of numerous Salafi jihadist lectures and videos.

After moving to Malaysia in late 2013, **CHOWDHURY** decided he wanted to travel to Syria and join ISIS, so he sought out options to get to Syria. **CHOWDHURY** began contacting ISIS- and JAN-affiliated individuals online to get advice on how to travel to Turkey and Syria. A jihadist associate ("ISIS member #3") provided **CHOWDHURY** with $2,500 U.S. Dollars for the trip and a computer.

In mid-2014, **CHOWDHURY** traveled to Turkey, and then to Syria, where he met numerous ISIS-affiliated fighters. At an ISIS compound, **CHOWDHURY** and other fighters associated with ISIS underwent physical training, which entailed running, push-ups, and pull-ups. **CHOWDHURY** also underwent additional military training at this location, including how to operate, dissemble, and re-assemble AK-47 assault rifles. After being shown how to load and aim the rifle, **CHOWDHURY** fired rounds for target practice. **CHOWDHURY** and the others also received training on how to use and deploy hand grenades.

After a period of time, **CHOWDHURY** departed Syria, eventually returning to Bangladesh. Upon his return to Bangladesh, **CHOWDHURY** wanted to continue his jihad so he re-contacted his ISIS associates. Thereafter, **CHOWDHURY** acquired a B2 visitor visa to travel to the United States, arriving in June 2015.

Once in the United States, **CHOWDHURY** continued to frequently contact his ISIS associates online, including in Syria. In approximately May 2016, **CHOWDHURY** had online contact with an overseas ISIS member ("ISIS member #2") who instructed **CHOWDHURY** to conduct an attack in the United States. **CHOWDHURY** was not provided a specific date, time, or location for the attack, but rather was told by ISIS member #2 to conduct some kind of attack. ISIS member #2 advised that if **CHOWDHURY** did not have access to weapons, **CHOWDHURY** should go to a specifically named home improvement store and purchase a machete to conduct an attack.

Another overseas ISIS member ("ISIS member #5") contacted **CHOWDHURY** and suggested that **CHOWDHURY** conduct a terrorist attack in the United States. This other overseas ISIS member recommended that **CHOWDHURY** travel to Manhattan with a knife or machete and pepper spray and attack groups of isolated people, specifically targeting women and the elderly before attacking any responding police officers.

Thereafter, **CHOWDHURY** began thinking of how to conduct an attack inside the United States. After consultation with ISIS member #5, **CHOWDHURY** planned to stab as many people as he could, and **CHOWDHURY** understood that **CHOWDHURY** would likely be killed in the attack. During **CHOWDHURY**'s daily activities in Maryland, **CHOWDHURY** contemplated potential targets and locations to hide after he initiated the attack. Specifically, **CHOWDHURY** conducted reconnaissance in Montgomery County, Maryland.

**CHOWDHURY** took steps to conduct the attack by purchasing weapons. **CHOWDHURY** purchased two knives at a Maryland location of the same home improvement store identified by ISIS member #2. **CHOWDHURY** also purchased a Buck knife and pepper spray over the internet, with the items then being shipped to Maryland.

In consultation with ISIS member #5, **CHOWDHURY** decided to conduct the attack at a particular gym located in Montgomery County, Maryland. **CHOWDHURY** was a member of the gym, which he had joined in order to work out to prepare physically for conducting violent jihad. **CHOWDHURY** planned to stab people in the shower at the gym. ISIS member #5 suggested taking a hostage to get media attention for ISIS. In or about June 2016, **CHOWDHURY** conducted reconnaissance at the gym during his visits there.

In or about June 2016, **CHOWDHURY** decided he was going to conduct the attack. The morning of the planned attack, **CHOWDHURY** deleted all of his mobile applications **CHOWDHURY** utilized to contact ISIS and reformatted his cellular telephone, all at the instruction of ISIS member #5. That evening, **CHOWDHURY** entered the gym carrying a bag with three knives and pepper spray. Upon entering the gym, **CHOWDHURY** walked past the gym and shower rooms in an effort to decide whom to target to kill. Ultimately, **CHOWDHURY** decided not to conduct the attack at the gym that day.

After not conducting the attack that day, **CHOWDHURY** continued to maintain at his Maryland residence many of the weapons **CHOWDHURY** had planned to use in the attack, including a Buck knife, a camouflage Milwaukee Fasteal knife, and a canister of pepper spray.

\* \* \*

I have read this Attachment A and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

___9/23/17___　　　　　　　　　___Rakin Islam___
Date　　　　　　　　　　　　　　Rakin Islam Chowdhury

I am Rakin Islam Chowdhury's attorney. I have carefully reviewed every part of this Attachment A. He advises me that he understands and accepts its terms. To my knowledge, his decision to enter into this agreement is an informed and voluntary one.

09/23/2017
9.25.17
_____　　　_____
Date　　　　　　　　　　　　　　Thomas A. Durkin, Esq.
　　　　　　　　　　　　　　　　William C. Brennan, Esq.

14