

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * CRIMINAL NO. GJH-16-600 |
| RAKIN ISLAM CHOWDHURY, | * |
| Defendant | * |

*******

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, the facts described in the plea agreement and at the Rule 11 hearing, and the defendant's consent, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Bangladesh.

3. The defendant was admitted to the United States as a non-immigrant visitor, with a B2 visa, on or about June 5, 2015, with authorization to remain in the United States until December 4, 2015.

4. The defendant's authorization to remain in the United States has expired.

5. On September 25, 2017, the defendant pleaded guilty to Count One of an Indictment charging him with attempting to provide material support and resources to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B. The maximum term of imprisonment is 20 years.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to 8 U.S.C. § 1227(a)(1)(B) and 1227(a)(4)(B).

7. The defendant has waived his right to notice and a hearing under 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Bangladesh promptly upon the completion of any term of imprisonment.

7/30/2019
Date

GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE